FILED
FEB 27 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

In The United States District Court
Western District Oklahoma

Laura Berryhill, Estates of Roxanna
Mae Glover & Darrell E. May Jr. Et. Al.,

-v-   CIV-12-225   HE

United States of America, Et. Al.,

Defendants.

"U.S. Terrorist Alert Due Process This Complaint"

Federal Tort Claims Act
Imminent Danger Prose
13th Amend. Violation Fed./States,
42 U.S.C. §1983 KKK. Act/R.I.C.O./
Tort Claim: Against U.S.A. Et Al.

On or about Oct. 26, 1990, in the Dist. Ct. of Okl. Co., Petitioner was convicted by jury and under Okl. Law, received 1 year for each of two violations, 2 years total... In direct violation of Okl. Legislation, the Dist. Ct. sentenced me to two consecutive 20 year sentences...

Petitioner's Appeal process has been totally obstructed that leads to the complaint at bar...

(1):

### Jurisdiction:

Petitioner is an United States Citizen and is being held on U.S. Soil in violation of the 13th Amend. of the U.S. Const....

---

### Jury Trial Demand:

Federal Tort Claims Act – 42 U.S.C. § 1983 – R.I.C.O. – "U.S. Terrorist Alert Proceedings –" 13th Amend. 5th Amend. 8th Amend. Violations Against U.S. of A.... 14th Amend....

---

### Causes of Actions:

On or about Oct., 1990, Petitioner was forced into KuKluxKlan Mentality Judicial proceedings in the Okl. Co. Dist. Ct. and was placed into involuntary servitude, hard core, slave labor, for over 20 years... causing the impartial functionings of the U.S.S. Ct. et seq., U.S. Judicial System, to be corrupted and holding this petitioner in a functioning totally contrary to the

(2):

U.S. Constitution... In fact the U.S. Judges have created a Judicial System within the U.S. Justice System, that is totally contrary to the U.S. Const.; thus, establishing a "R.I.C.O. U.S. Terrorist Organization that has kidnapped Petitioner, in a white-collar R.I.C.O. Enterprise in solving G.E.O. Group Inc., Corrections Corporation of America CCA, The Gaylord Family Empire, U.S. Judges, et al.," by R.I.C.O. Authorities they've detained & robbed Petitioner of over $1 Billion in civil liabilities against Private Corp, in a scheme to allow Private Corps., Judicial Protection against large & Billion Claims, and adjudicate Petitioner an insignificant person/nigger and hid me in the U.S. Prison System and are detaining me without no Art. III or U.S. Jurisdictional Legislative or Executive Authority of U.S. Law and are depriving me of Due Process of Law, within the U.S. of A. ... 13th, Id. ...

(3):

These R.I.C.O. U.S. Judges have created a law, within U.S. law, that governs petitioner as an U.S. slave and deprives petitioner of due process of law; within, the U.S. of America... The R.I.C.O. U.S. Judges, in the cause of action at Bar, have fabricated my detention to protect their R.I.C.O. organized crimes against petitioner...

<u>The Scheme:</u>

The U.S. Judges target inmates that files large claims against large private corporations and they sabotage the judicial proceedings against petitioner in favor of private corporations... In the case at Bar, it was noted that petitioner was being unconstitutionally obtained, but because of petitioner's processes of large claims against private corporations, real, the U.S. Judges; without any jurisdiction or Art. III authority over me; elected, in a R.I.C.O. meeting of their minds, to place

(4):

me in involuntary servitude, hard core slave labor, for over 20 years...

U.S. Judges created a judicial system especially designed for me and raised established legislation standards to an insurmountable degree applicable only to me & contrary to U.S. legislative intent...

In my Fed. R. Civ. proced. Rule 60(b)(4) claim; in which, U.S. Legis. afforded U.S. Judges no judicial discretion... U.S. Judges, in R.I.C.O., ignored the claim to protect R.I.C.O.... and remanded petitioner to 13th Amend., Id.....

In the Court at Bar, CIV-11-1513-D, petitioner has a 28 U.S.C. § 2241 habeas complaint pending and the U.S. Judges, for R.I.C.O., are ignoring 28 U.S.C. § 2241(c)(3) jurisdictional requirement, for R.I.C.O. ....

In the 10th Cir. Case: 12-6004, without judicial discretion, the elected to ignore my Rule 60(b)(4), Id. Claim...

(5):

In the U.S. Dist. Ct. of E/D Okl, Case: CIV-11-324-FHS-SPS the U.S. Judge, for R.I.C.O. raised the U.S. Legislative standard of imminent danger to an insurmountable standard especially for me... see Order attached Exhibit "A"... U.S. Judges have clearly demonstrated to R.I.C.O. dfts. to: Kill that Nigger!!! Shut his mouth!!! Before he expose what we are doing to him! I have no access to justice within the U.S. of America... 13th, Id. ...

In the 10th Cir. case: Berryhill-v-Evans, 466 F.3d 934 the 10th Cir. Appointed the Fed. Denver, CO Public defender's Office to represent me and during investigation said P.D. Office, Atty. Howard A. Piscus was advised: by the W/D Okl. Ct. Clerk & Okl. Atty. Gen.: "The Fed. Ct. has never been allowed access to Berryhill's State Records & you will not either." Mr. Piscus advised me that his office had been advised not to effectively litigate my claim & not press the issue of not being allowed access

(6):

to my state records and to not motion the 10th Cir. to order the record... Mr. Pincus advised me that the best he will do for me is make a notation in his brief that he did not have access to my records, he did not explain to me that my habeas judgment was void & that I've been placed in 13th Amend., Id. .... He just ran off and abandoned me, until I discovered years later of R.I.C.O. U.S. Judges, but he left notation to support this claim...

### U.S. Attys. & U.S. Dist. Judges W/D Okl.:

To expose my 13th Amend., Id. Claim, In severe emotional distress, I threatened to kill U.S. President G.W. Bush & his mother, after Assist. U.S. Atty. Rozia McKinney-Foster advised me that U.S. Dist. Judge W/D Okl. & her office Assist. U.S. Atty. Kerry Ann Kelly were engrossed in a massive conspiracy against me, when the U.S. Secret Service Agents came to see me, at G.E.O. Group Inc. Private Prison, in

Lawton, OK... Because I had asserted to Warden David C. Miller & G.E.O. Group Inc. of the illegalities of my confinement, I refused to see the U.S. Secret Service Agents unless Warden Miller was with me, he agreed... The S.S. Agent to Miller & I, that they talked to U.S. Dist. Judges W/D OKL. Ralph G. Thompson, Robin Cauthron, & Vicki Miles-LaGrange & U.S. Atty. McCampbell & his Assist. U.S. Attys. Rozia McKinney-Foster & Kerry Ann Kelly and they said, they came to do me special favors & that everyone had agreed not to prosecute me & that Rozia would get me released... Confirming to Warden Miller & G.E.O. Group Inc. that I am in fact in 13th Amend., Ed., the U.S. Secret Service Agents & G.E.O. Group Inc. elected through a R.I.C.O. meeting of their minds to conspire to conceal my 13th Amend., Ed. as did U.S. Dist. Judges & U.S. Attys. W/D of OKL. ...

In 1995, in U.S. Dist. Ct. W/D OKL. Case: CIV-95-700-T, former Senior U.S. Dist. Judge was assigned to my habeas application

(8):

and order his Clerk to obtain my state Records & an order was sent to Okl. Atty. Gen. to Release my state Records, Said Okl. Atty. Gen. Contacted Judge Thompson & advised him that my State trial proceedings were Ku Klux Klan Race hate proceedings and could not withstand A Fed. habeas Review... Judge Thompson advised Okl. Atty. Gen. to ignore his Clerk's order & without any jurisdiction or Authority of U.S. Law, Affirmed my habeas Convictions in direct Violation of the 5th & 13th Amends. of the U.S. Const.   Judge Thompson upon Retirement was Able to give his Retired Judge set to his Son-in-law & Assigned him & U.S. Dist. Judge LaGrange as my Slave gate keepers...

In About March, 2009, Petitioner was Transferred to Davis Corr. Facility A "CCA" Private Prison and the Casemanager came to me A day or so later, After Reviewing my Jacket and Advised me how Fabricated my Jacket was and if Audited I could discharge! I talked to the Warden

(9):

gave him a letter to fax to "CCA" begging them to turn me over to Federal officials and not return me to 13th Amend., Id., CCA refused and conspired with G.E.O. Group Inc., etal., R.I.C.O. defts....

In The 10th Cir. & W/D Okl. dist. Ct. case of Mitchell -v- Gibson (1998-99)... A Black Female OKC.P.D. Forensic Chemist Name Joyce Gilchrist was singled out as being the Lone Ranger in a scheme against Okl. State Prisoners, she cried out! I'm being racistly singled out, I'm a part of "the system..." "Because I knew that my case would expose the system" I wrote two Black women that I grew up knowing all my life: U.S. dist. Judge Vicki Miles-LaGrange & Assist. U.S. Atty. Rozia McKinney-Foster and advised them to witness the judicial conspiracy against me, I wrote the letter to them in 2003-04, I wrote Judge R.G. Thompson & the Okla. Publishing Co. & CEO Christy Gaylord-Everest of my kidnap hostage situation & of my ability to expose the system.... They each elected through a criminal R.I.C.O. meeting of their minds to not expose the system & to

(10):

use Ms. Gilchrist as a pawn & place me in 13th Amend., Id. ...

In a desperate attempt to escape 13th, Id., in 2010, petitioner filed a "Floodgate of R.I.C.O. Complaints into the U.S.S. Ct.," The U.S.S. Ct. for R.I.C.O. Adjudicated that I had "Abused" the system and because of such unfoundationed assertion, I could not institute a cause of action in the U.S. Supreme Court and that all of my human & Constitutional & Civil Rights had been "Forfeited..." In an absolute state of severe mental anguish & terror to expose my 13th, Id. situation, I file a threat to kill U.S. President Obama & his two beautiful little girls & filed it in the U.S.S. Ct., Homeland Security Headquarters & in the U.S. Senate & Office of the Vice President begging to be rescued... On 2-14-11, Three U.S. Secret S.A. came to Okl. State Penitentiary Supermaximum Security Unit and advised me that: Everybody in Okl. knows that you're in 13th, Id. Because we know you're not lying we can't prosecute you and because you've been kidnapped by "Okla."

(11):

STATE & Fed. Officials, we are able to breach Presidential Securities & ignore your threats to kill U.S. President to conceal your kidnap, Obama & no one cares anything about you, no one is going to come to Okl. from Washington, DC to rescue you, try another way to expose what "we" are doing to you....

I said; Man, I've never been charged, tried nor convicted for what I'm in prison for - this is America!

He said, None of that matters....

"For R.I.C.O. the "U.S.S.S.A." walked away a life me in 13th, Id., on U.S. Soil!"

Under extremely severe mental anguish & emotional distress, in about 2009, I sent out - postage prepaid - U.S. Terrorist Alert legal mail: to the OKC. Law Firms of Crowe & Dunlevy and Andrews/Davis about unlawful activities in Okl. State & Fed. Government and these high Executives of Okl. St. & Fed. Cts. did nothing!

(12):

State Officials Acting Outside Scope of Employment Okl. Title 51 Section 151 et seq. Note: 152(11) & 153(A):

---

Governor Mary Fallin, Former Gov. Brad Henry, Scott Pruitt Okl. Atty. Gen., W. A. Edmondson Former Okl. Atty. Gen., Dianne L. Slayton Assist. Okl. Atty. Gen. Elected through a R.I.C.O. Crim. meeting of their minds Elected not to stop or expose my unlawful confinement, to protect R.I.C.O. & Elected to kidnap me, 13th, Ed. ...

---

## Constitutional Violations:

5th Amend. denial of Due Process ... Federal Officials deprived me of my liberty without due process ...

---

8th Amend. Cruel & Unusual Punishment ... Each deft. caused intentional infliction of severe emotional distress ...

13th Amend. Involuntary servitude ... Each deft. caused me to be placed in 13th Ed., or conspired or derelected a lawful duty to prevent or stop such ...

(13):

14th Amend. Denial of Due Process...
State Officials deprived me of my Liberty maliciously & Fraudulently...
51§153(A), Id. & 51§152(11), Id....

---

It is the contentions of this Plaintiff that the United States of America, derelicted in its lawful duty to enforce my right to be free from involuntary servitude, slave labor, the three branches of government have a lawful duty to watch each other to prevent this from happening to me, the U.S.A. fail to properly train its officials to resolve a dispute of this R.I.C.O. magnitude that resulted in the defts. intentional infliction of severe mental anguish...

U.S. Judges are R.I.C.O. defts. in this cause of action because of total lack of jurisdiction & it is the primary duty of U.S.S.Ct. to determine jurisdiction of its court & the lower courts & your failure to do that, is conspiracy with your lower courts caused my 13th Amend, Id....

(14):

U.S. Secret Service Agency, U.S. Dept. of Justice, U.S. Homeland Security, U.S. Atty. Gen., U.S. Atty. Office OKC. & F.B.I., The U.S. Secret S.A. has conducted a Fed. investigation into my threats to kill U.S. Presidents to expose my 13th Amend., Id. Explain why I have not been rescued?

Geo Group Inc., Corrections Corporation of America, DKL Publishing Co., Crowe & Dunlevy Law Firm & the Law Firm of Andrews/Davis, The each of you had lawful duties to disclose my 13th Amend., Id. ....

Rozia McKissey-Foster, Kerry Ann Kelly, Vicki Mile-LaGrange, Ralph G. Thompson, Doyle Argo, Tim DeGiusti, W.A. Edmondson, Dianne L. Slayton, Scott Pruitt, Mary Fallin, Brad Henry, 2011 Okl. Parole Board Members, General Counsel O.B.A.; R.I.C.O. defts... Kidnap 13th, Id. Conspiracy ... 51§152(11) & 51§153(A)  Outside Scope of Employment - State Officials...

Denver, Co. Fed. Public Defender's Office, Public Defender & First Assist. & Howard A. Pincus... Conspiracy to Kidnap ...

(15):

## NOTICE:

Petitioner, Pro Se, is in Request that this cause of action be processed under the legal authority of 42 U.S.C. § 1983 KuKluxsKlan Act, that allows a Blackman to contest the legality of his detention on the contestation of his Trial & Appeals were obstructed by KuKluxsKlan Judicial proceedings, in the case & claim at bar, petitioner was not afforded counsel, was not charged, tried or convicted for the charge I'm being detained for & my sentences exceeds statutory limitation... 42 U.S.C. § 1983 KuKluxsKlan Act...

---

Petitioners/Plaintiffs Roxanna Mae Glover is my mother, died in 1997 & Darrell Qmay Jr. is my nephew but was raised as my baby brother, died 2010 and they both suffer severe emotional distress due to these acts....

---

(16):

## Relief:

Declaratory Judgment that my Rights were violated as to each dft....

"Emergency Hearing" to determine under what lawful authority is detaining me & a waiver of my Right to Jury Trial Counsel & determine if I was charged & convicted lawfully, for what? If no legal detention is ~~found~~ Found, that I be immediately transferred & admitted to Okl. City University Medical Center for Rehabilitative Treatment.... with Victim Compensation...

"Compensatory damages #250 million. From U.S.A." Punitive damages $500 million...

Compensatory damages #125 million From Crowe & Dunlevy & Andrews/Davis Law Firms each... $250 million punitive damages...

Compensatory damages $1 Billion from GEO Group Inc., Corrections Corporation of America, Okl. Publishing Co. & from each R.I.C.O. dfts.....

$3 Billion punitive damages Each dfts....

(17):

## AFFIDAVIT:

Declared this 22nd day of February, 2012 as totally true & correct, that I have not been lawful charged, tried, nor convicted for what I'm being detained for, I was not afforded counsel, that no state or Fed. judge or court does not have any jurisdiction or Art. III control or authority over me now or at the time of this cause of action, I am in fact, as a matter of U.S. Legislations & Const. Amend. 13th in involuntary servitude hard core slave labor & have been for over 20 years, if any one can prove one word of this document to be untrue or incorrect I should be charged with perjury and intentional conspiracy to defraud the U.S.A. 28 U.S.C. §1746... 18 U.S.C. §1621... Executed at Okl. State Pen....

_A BBHill_
AFFIANT

(18):

## DEFENDANTS:

(1): U.S.A., Fed. Tort Claims Act...
(2): U.S. Dept. of Justice, "FTCA"...
(3): F.B.I., "FTCA"...
(4): Homeland Security, "FTCA"...
(5): U.S. Atty., "FTCA"...
(6): U.S. Atty. OKC. "FTCA"... R.I.C.O.
(7): Denver, CO Fed. Public Defender, "FTCA"
(8): GEO Group Inc. Color of State Law, 1983 KKK Act. R.I.C.O.
(9): Okl. Publishing Co. "CSL" 1983 KKK Act. R.I.C.O.
(10): Corrections Corp. of America "CSL" 1983 KKK Act. R.I.C.O.
(11): Crowe & Dunlevy "CSL" 1983 KKK Act.
(12): Andrews/Davis "CSL" 1983 KKK Act.
(13): Ralph G. Thompson "CSL" 1983 KKK Act. R.I.C.O.
(14): Doyle Argo "CSL" 1983 KKK Act. R.I.C.O.
(15): All U.S. Dist. Judges W/D Okl., "CSL" 1983 KKK Act R.I.C.O.
(16): All U.S. Dist. Judges E/D Okl., "CSL" 1983 KKK Act R.I.C.O.
(17): All 10th Cir. Judges, "CSL" 1983 KKK Act R.I.C.O.
(18): All U.S.S. Ct. Justices, "CSL" 1983 KKK Act R.I.C.O.
(19): Mary Fallin, Gov., "CSL" 1983 KKK Act R.I.C.O. 5¦3¦15¦ et seq.
(20): Brad Henry, "CSL" 1983 KKK Act R.I.C.O. 5¦3¦15¦ et seq.
(21): W.A. Edmondson, "CSL" 1983 KKK Act R.I.C.O. 5¦3¦15¦ et seq.
(22): Dianne L. Slayton, "CSL" 1983 KKK Act R.I.C.O. 5¦3¦15¦ et seq.
(23): Rozia McKinney-Foster "CSL" 1983 KKK Act R.I.C.O.
(24): Kerry Ann Kelly, "CSL" 1983 KKK Act R.I.C.O.

(19):

(25): 2011, Okl. Parole Board members, "CSC" 1983 KKK act. RICO.

(26): General Counsel O.B.A., "CSC" 1983 KKK act R.I.C.O.

(27): U.S. Secret Service Agency "FTCA"

(28): Okl. City 4 U.S.S.S. Agents, "CSC" 1983 KKK act R.I.C.O.

Respectfully,
x RBrill
Plaintiff

C/C: U.S. Solicitor Gen. / President Obama
Dept. of Justice Tort division
U.S. Atty. OKC